STATE OF NEW JERSEY v. DAVID SMULLEN.

April 19, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM D. CAPPIELLO.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY P. GULLA.

April 19, 1989.

Petition for certification denied.

NICHOLAS TONTODONATI v. THE CITY OF PATERSON.

April 19, 1989.

Petition for certification denied.   (See 229 *N.J.Super.* 475).